# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Tomas Jimenez | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 18CR5101-RBM<br><br>James Johnson, Federal Defenders<br>Defendant's Attorney |

**REGISTRATION NO.** 80630298

☒ –

The Defendant:

☒ pleaded guilty to count(s)   One of the Misdemeanor Information

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:641 | Theft of Public Money (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ are dismissed on the motion of the United States.

☒ Assessment :
  $25.00 Special Assessment Waived

☒ No fine   ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 27, 2019
Date of Imposition of Sentence

HON. Ruth Bermudez Montenegro
UNITED STATES MAGISTRATE JUDGE

FILED
MAR 29 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

18CR5101-RBM

| DEFENDANT: | Tomas Jimenez | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 18CR5101-RBM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
TIME SERVED

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ P.M. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ on or before
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

AO 245S (CASD Rev. 08/13) Judgment in a Criminal Case

DEFENDANT:
Tomas Jimenez
CASE NUMBER:
18CR5101-RBM

Judgment - Page 3 of 3

## RESTITUTION

The defendant shall pay restitution in the amount of $35,362.92 unto the United States of America and in the amount of $1,200.99 to the State of California.

The Court finds that the defendant has satisfied payment of the restitution as follows:

The defendant has paid the restitution in the amount of $35,362.92 directly to the United States Social Security Administration.

The defendant has paid restitution in the amount of $1,200.99 directly to the California Department of Health Services.